Judge James R. Spencer

3:13cr 72-5

I'm writing because, I wrote my lawyer requesting to have a motion filed on my behalf, my lawyer "Mr. Charles A. Gavin" informed me, when my case was finalized, his representation concluded. Accordingly, if I need an attorney to file a Motion on my behalf, I would have to file a Motion directly with the court, and request that court appointed counsel be considered to handle my case. Inside I have inclosed a copy of that letter, and I am formally request court appointed counsel to handle my case.

Respectfully

Raymond L. Dawes Jr.

RECEIVED
DEC 20 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# CAWTHORN, DESKEVICH & GAVIN, P.C.
## Attorneys At Law

WILLIAM R. CAWTHORN
DUANE A. DESKEVICH*
CHARLES A. GAVIN
EDWARD A. LOUGHRAN, III
MICHAEL D. BROOKS

1409 EASTRIDGE ROAD
RICHMOND, VIRGINIA 23229
Telephone: (804) 288-7999
Facsimile: (804) 288-9015
Email: wbrown@cawthorn.net

* ADMITTED IN VA, DC and PA

November 18, 2013

Raymond Dawes, #81885-083
FCI Cumberland
P.O. Box 1000
Cumberland, Maryland 21501

Dear Raymond:

When your case was finalized, my representation concluded. Accordingly, if you need an attorney to file a Motion on your behalf, you will need to file a Motion directly with the court, and request that court appointed counsel be considered to handle your case. I may be reassigned to your Motion, or there may be a different attorney who is assigned.

I wish you the best of luck.

Very Truly Yours,

Charles A. Gavin

CAG/wcb

