Clerk of the Courts

3:13 cr 72 -5

To whom it may concern. I'm writing in reference to requesting a copy of my Docket Sheet along with my sentencing and plea agreement. Could you please correspond to inform me of the conclusion you've reached in reference to my request. Thank you for your time and assistance

Respectfully
Raymond Dawes J.

RECEIVED
APR - 8 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

